No. 65330.—United Pacific Trading Co. *v.* United States, protest 58/8176 (San Francisco).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of iron pictures the same as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiff was sustained.

No. 65331.—M. Grabie Woolen Company, Inc. *v.* United States, protest 60/16492 (San Francisco).

Opinion by WILSON, J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, MARCH 27, 1961

No. 65332.—Raleigh Industries of America, Inc. *v.* United States, protest 58/101 (Cleveland).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.